UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON CREEL,  CASE NO.8:07-cv-248-T-24-MAP

      **Plaintiff,**

v.

**WACHOVIA CORPORATION,**

      **Defendant,**

## PLAINTIFF SHARON CREEL'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Sharon Creel appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on the 26th of February, 2008, and from the Opinion and Order entered in this action granting Defendant's Motion for Summary Judgment. Copies of both the Final Judgment and Order are attached hereto.

      Respectfully submitted,

      s/ **William S. Coffman Jr.**
      William S. Coffman, Jr, Esquire
      Florida Bar Number 0188158
      **THE LAW OFFICES OF WILLIAM S. COFFMAN, JR.**
      8910 N. Dale Mabry, Suite 36
      Tampa, Florida 33614
      (813) 935-7030
      (813) 935-72777 fax
      erisa@benefitsdenied.com
      Counsel for Plaintiff Sharon Creel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed with the Clerk of Courts by CM/ECF which will electronically transmit a copy to:

Scott S. Cairns, Esquire
**MCGUIRE WOODS LLP**
50 N Laura Street, Suite 3300
Jacksonville, FL 32202
904-798-3223 tel
904-798-3261 fax

this 28th of February, 2008.

                                                                                      **s/ William S. Coffman Jr.**
                                                                                      William S. Coffman, Jr, Esquire
                                                                                       **THE LAW OFFICES OF WILLIAM S. COFFMAN, JR.**
                                                                                       8910 N. Dale Mabry, Suite 36
                                                                                       Tampa, Florida 33614
                                                                                       (813) 935-7030
                                                                                       (813) 935-72777 fax
                                                                                       erisa@benefitsdenied.com
                                                                                       Trial Counsel for Plaintiff Sharon Creel